

The following constitutes
the order of the court. Signed December 6, 2017

_____
**Charles Novack**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>TONY DONG XING FU,<br><br>  Debtor. | Case No. 17-41205<br>Chapter 7<br><br>**ORDER DENYING MOTION FOR AN ORDER CONFIRMING THAT NO STAY IS IN EFFECT** |

On December 1, 2017, the court conducted a hearing on Creditor Demas Yan's motion for an order confirming that no stay is in effect (the "Motion"). Appearances were stated on the record. For the reasons stated on the record,

**IT IS HEREBY ORDERED** that the Motion is denied.

* * *END OF ORDER * * *

Case No. 17-41205

**COURT SERVICE LIST**

Tony Dong Xing Fu
5813 Geary Blvd, PMB 188
San Francisco, CA 94121

Other recipients are ECF participants.