Form FIND

# UNITED STATES BANKRUPTCY COURT
## California Northern Bankruptcy Court

| In Re: | Tony Dong Xing Fu | Case No.: 17−41205 CN 7 |
|---|---|---|
| | aka Tony Fu | Chapter: 7 |
| | aka Dong Xing Fu | |
| | Debtor(s) | |

## FINAL DECREE

The estate of the above named debtor has been fully administered.

☐ The deposit required by the plan has been distributed.

**IT IS ORDERED THAT:**

☑ Marlene G. Weinstein is discharged as trustee of the estate of the above−named debtor and the bond is canceled.

☑ the chapter 7 case of the above−named debtor is closed;

and

☐ Other


Dated: 1/30/20

By the Court:

Charles Novack
United States Bankruptcy Judge