ERIC A. NYBERG, ESQ. (Bar No. 131105)
CHRIS D. KUHNER, ESQ. (Bar No. 173291)
**KORNFIELD, NYBERG, BENDES, KUHNER & LITTLE, P.C.**
1970 Broadway, Suite 600
Oakland, California 94612
Telephone: (510) 763-1000
Facsimile: (510) 273-8669
Email: e.nyberg@kornfieldlaw.com
Email: c.kuhner@kornfieldlaw.com

Attorneys for Debtor Tony Fu

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| In re | Case No. 17-41205 CN |
|---|---|
| Tony Dong Xing Fu, | Chapter 7 |
| Debtor. | **SUBSTITUTION OF ATTORNEY** |

**PLEASE TAKE NOTICE** that Debtor Tony Fu hereby substitutes in as pro per. All notices and further correspondence are to be directed to the following:

Tony Fu
5813 Geary Blvd, PMB 188
San Francisco, CA 94121
Email: tonydxfu@gmail.com

in place of Sarah L. Little of Kornfield, Nyberg, Bendes, Kuhner & Little, P.C.

I consent to this substitution:

Dated: July 8, 2020                    Kornfield, Nyberg, Bendes, Kuhner & Little, P.C.

                                        By: /s/ Sarah L. Little
                                            (Bar No. 215635)
                                            Attorneys for Debtor Tony Fu

-1-

Acceptance of Substitution of Attorney:

Dated: July 8, 2020

By: /s/ Tony Fu
Tony Fu, Pro Per

# DECLARATION OF SERVICE

I, the undersigned, declare:

I am employed in the City of Oakland, County of Alameda, California. I am over the age of 18 years and not a party to this action. My business address is 1970 Broadway, Suite 600, Oakland, California 94612.

I am readily familiar with the business practices of my employer, Kornfield, Nyberg, Bendes, Kuhner & Little, P.C., for the collection and processing of correspondence for mailing with the United States Postal Service and that correspondence is deposited with the United States Postal Service that same day in the ordinary course of business unless indicated below by electronic service.

On July 9, 2020, I served the following documents:

**SUBSTITUTION OF ATTORNEY**

by placing copies of said documents in a sealed envelope by first class mail and served in the manner described below addressed as follows:

*Via-ECF*
Office of the U.S. Trustee/Oak
Office of the United States Trustee
Phillip J. Burton Federal Building
450 Golden Gate Ave. 5th Fl.,
#05-0153
San Francisco, CA 94102

*Via-ECF*
Demas Wai Yan
100 Pine Street, #1250
San Francisco, CA 94111

I placed such envelopes for collection and mailing at my employer's office following ordinary business practices, addressed to the addressee designated.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 9th day of July, 2020, at Danville, California.

/s/ Gail A. Michael