Entered on Docket
July 28, 2020
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

The following constitutes the order of the Court.
Signed: July 28, 2020

Charles Novack
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES BANKRUPTCY COURT
For The Northern District Of California

| | |
|---|---|
| In re:<br><br>TONY DONG XING FU aka Tony Fu aka Dong Xming Fu,<br><br>Debtor. | Case No. 17-41205 CN<br>Chapter 7<br><br>**ORDER FOR MARK LAPHAM TO APPEAR AT HEARING** |

**IT IS HEREBY ORDERED** that Mark Lapham shall appear at the hearing on July 31, 2020 at **11:00 a.m. via Tele/Videoconference** - www.canb.uscourts.gov/calendar on the Motion for Order Re Sanctions filed by Tony Fu.

*** * * END OF ORDER * * ***


Case: 17-41205 Doc# 61 Filed: 07/28/20 Entered: 07/28/20 11:08:38 Page 1 of 2

Case No. 17-41205

**COURT SERVICE LIST**

Tony Dong Xing Fu
5813 Geary Blvd, PMB 188
San Francisco, CA 94121

Demas Yan
100 Pine Street, #1250
San Francisco, CA 94111

Mark W. Lapham
Law Offices of Mark W. Lapham
751 Diablo Road
Danville, CA 94526

Other recipients are ECF participants





Case: 17-41205 Doc# 61 Filed: 07/28/20 Entered: 07/28/20 11:08:38 Page 2 of 2